UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL J. SEABORN, JR.** and **SUPERIOR CONSULTING GROUP,** *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 4:21-cv-1998 |
| **FAY SERVICING, LLC, SELENE FINANCE LP,** and **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-E,** | § § § § § § § | |
| *Defendants*. | § § | |

## JOINT STIPULATION OF DISMISSAL

Defendants Fay Servicing, LLC and U.S. Bank Trust National Association as Trustee of CitiGroup Mortgage Loan Trust 2019-E and Plaintiffs Michael Seaborn, Jr. and Superior Consulting Group (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiffs against Defendants are hereby dismissed with prejudice.

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins – *Attorney In Charge*
State Bar No. 24036497
SD ID No. 926469
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

    Robert D. Forster, II
State Bar No. 24048470
SD ID No. 2647781
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

By:   /s/ *Rhonda S. Ross*
Rhonda S. Ross
State Bar No. 17299600
Law Office of Rhonda Shedrick Ross
121 East 12th Street, Suite 6
Houston, Texas 77008
rhonda@rhondarossattorney.com

**ATTORNEYS FOR PLAINTIFF**